THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH BERGER and GABRIEL KLAR, Appellants.

Argued January 9, 1939; decided February 21, 1939.

*Robert Daru, Maurice Hellman* and *Gerald A. Barrett* for appellants.

*Thomas E. Dewey, District Attorney (Herman J. McCarthy* and *Harris B. Steinberg* of counsel), for respondent.

As to each defendant: Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.